# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

LLOYD M. HUGHES and LLOYD M. HUGHES ENTERPRISES, INC.,

Plaintiff(s),

v.

INLAND BANK AND TRUST,

Defendant(s).

Case No. 15 C 5006
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Inland Bank and Trust
and against plaintiff(s) Lloyd M. Hughes and Lloyd M. Hughes Enterprises, Inc.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion for summary judgment.

Date: 8/1/2017

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk